# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1720 **Short Title:** Savage v. City of Springfield

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
CITY OF SPRINGFIELD, BERNARD CALVI, JOSEPH CONANT, SPRINGFIELD FIRE DEPARTMENT as the

[ ] appellant(s) [✔] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/S/ EDWARD M. PIKULA
Signature

8/6/2024
Date

EDWARD M. PIKULA
Name

Firm Name (if applicable)

413-531-5004
Telephone Number

1441 MAIN STREET
Address

413-246-1079
Fax Number

SPRINGFIELD, MA 01103
City, State, Zip Code

edward.pikula@outlook.com
Email (required)

Court of Appeals Bar Number: 10464

Has this case or any related case previously been on appeal?

[✔] No [ ] Yes Court of Appeals No.____________________

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).