# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-01720 **Short Title:** Savage et v. City of Springfield, et al

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:

Marc Savage, Randolph Blake as the

[✓] appellant(s) [ ] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

Arnold Lizana
Signature

August 19, 2024
Date

Arnold J. Lizana , III
Name

Law Office of Arnold J. Lizana III P.C.
Firm Name (if applicable)

(877) 443-0999
Telephone Number

444 A N. Main Street # 304
Address

(470) 231-0672
Fax Number

East Longmeadow, MA. 01028-1812
City, State, Zip Code

alizana@attorneylizana.com
Email (required)

Court of Appeals Bar Number: 1213416

Has this case or any related case previously been on appeal?

[✓] No [ ] Yes Court of Appeals No.____________________

==============================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).